*In re* **FRAZIN**, IRWIN LEE (MR 17773)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Irwin Lee Frazin is suspended from the practice of law for 30 days. Respondent Irwin Lee Frazin shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior the termination of the period of suspension.

Fitzgerald, J., took no part.